UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| IN RE SECTION 301 CASES | FORM 11<br><br>CASE NO.: 1:21-CV-00052<br>And Attached Schedule<br><br>Before: The Honorable Mark A. Barnett, Claire R. Kelly and Jennifer Choe-Groves Judges |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned who previously entered appearances in the above captioned proceeding and attached schedule, hereby notifies the Court that the firm of Benesch, Friedlander, Coplan & Aronoff LLP and the undersigned attorneys have changed their office address effective August 1, 2023 to 127 Public Square, Suite 4900, Cleveland, Ohio 44114. Eric Larson Zalud, Nora K. Cook and Laura E. Kogan remain lead attorneys in these proceedings and request that all papers be served upon them at the address below. All phone, fax and email addresses have remained unchanged.

Respectfully Submitted,

/s/ Eric Larson Zalud
ERIC LARSON ZALUD
NORA K. COOK
LAURA E. KOGAN
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone:    216-363-4500
Facsimile:    216-363-4588
Email:          ezalud@beneschlaw.com
                    ncook@beneschlaw.com
                    lkogan@beneschlaw.com

**SCHEDULE OF CASES**

| Full Case No. | Case Name |
|---|---|
| 1:21-cv-00052-3JP | In Re Section 301 Cases |
| 1:20-cv-00998-3JP | Ashtabula Rubber Co. v. United States of America et al. |
| 1:20-cv-01558-3JP | BizzyBee, LLC v. United States et al. |
| 1:20-cv-01200-3JP | Chromaflo Technologies Corporation v. United States et al. |
| 1:20-cv-01529-3JP | Deslauriers Inc. v. United States et al. |
| 1:20-cv-01211-3JP | Doskocil Manufacturing Company, Inc. v. United States et al. |
| 1:20-cv-01275-3JP | FOB Charlotte, Inc. v. United States of America et al. |
| 1:20-cv-01436-3JP | G&S Metal Products Company, Inc. v. United States et al. |
| 1:20-cv-01586-3JP | GLD, LLD v. United States et al. |
| 1:20-cv-03211-3JP | Highlands Diversified Services, Inc. v. United States of America et al. |
| 1:20-cv-03117-3JP | Hinkley Lighting, Inc. v. United States of America et al. |
| 1:20-cv-01242-3JP | Lumitex, LLC and Lumitex Inc. v. United States of America et al. |
| 1:20-cv-00861-3JP | Northern Stamping Co. v United States et al. |
| 1:20-cv-01601-3JP | DWL International Trading v. United States et al. |
| 1:20-cv-01614-3JP | GET Enterprises, LLC v. United States et al. |
| 1:20-cv-01314-3JP | Penco Products, Inc. v. United States et al. |
| 1:20-cv-01295-3JP | Purple Line, LLC v. United States et al. |
| 1:20-cv-03737-3JP | S. Walter Packaging Corp. v. United States of America et al. |
| 1:20-cv-01256-3JP | Technical Consumer Products Inc. v. United States of America et al. |
| 1:20-cv-01515-3JP | Traeger Pellet Grills, LLC v. United States et al. |

**CERTIFICATE OF SERVICE**

      Pursuant to U.S. Court of International Trade Rule 4(k), I hereby certify that on August 18, 2023, the Notice of Change of Address was filed with the Court using the CM/ECF system. Counsel for the parties have been served through the CM/ECF system.

      /s/ Eric Larson Zalud
      Eric Larson Zalud

23095720 v1